UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SANDY PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-00151-SNLJ |
| | ) | |
| STODDARD COUNTY CIRCUIT | ) | |
| COURT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file.  Self-represented Plaintiff Sandy Phillips brought this civil action for alleged violations of the Fair Housing Act, the Americans with Disabilities Act, Missouri law, and 42 U.S.C. § 1938.  [Docs. 1, 4].  On February 20, 2026, after granting Plaintiff *in forma pauperis* status, the Court reviewed her pleadings under 28 U.S.C. § 1915 and directed her to file a second amended complaint within thirty (30) days.  [Doc. 11].  The Court cautioned Plaintiff that her failure to timely comply with the Order would result in the dismissal of the case without further notice.  [*Id.* at 2, 11].  Plaintiff's response was due by March 23, 2026.

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time to do so.  Plaintiff was given meaningful notice of what was expected, she was cautioned that her case would be dismissed if she failed to timely comply, and she was given ample time to comply.  The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's February 20, 2026 Order

and her failure to prosecute her case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 2nd day of April, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2